No. 99–6723. BRYAN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 960.] In light of the representation by the State of Florida, through its Attorney General, that petitioner's "death sentence will be carried out by lethal injection, unless petitioner affirmatively elects death by electrocution" pursuant to the recent

amendments to § 922.10 of the Florida Statutes, the writ of certiorari is dismissed as improvidently granted.